■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMEN CORDOVA, Appellant.—Judgment of the Supreme Court, Queens County (Groh, J.), rendered February 24, 1984, affirmed *(see, People v Kazepis,* 101 AD2d 816). Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.